UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| TORRES-HERNANDEZ, et al., | : | Civil Action No. 08-1057 (FLW) |
| Plaintiffs, | : | |
| v. | : | AMENDED SCHEDULING ORDER |
| CVT PREPAID SOLUTIONS, INC., | : | |
| Defendant. | : | |

_____

This matter having been brought before the Court for a telephonic status conference, with Lindsey Taylor, Esq., of Carella Byrne Bain Gifillan Cecchi Stewart & Olstein, PC, attorneys for Plaintiff Torres-Hernandez and Plaintiff Ramirez; Elliott Pell, Esq., of Nagel Rice LLP, attorneys for Plaintiff Torres-Hernandez; and Kirstin Bohn, Esq., of Chasan, Leyner & Lamparello, P.C., and Robert F. Ware, Esq., of Thompson Hine LLP, attorneys for Defendant CVT Prepaid Solutions, Inc., appearing; and for good cause shown;

**IT IS** on this **2nd** day of June, 2009,

**ORDERED** that the parties shall continue their discussions and informal exchange of documents related to settlement and that Defendant shall report to Plaintiffs on or before **June 12, 2009**, whether Defendant is able to provide the information Plaintiffs have requested; and it is further

**ORDERED** that on **June 30, 2009**, each party shall submit a letter, not to exceed five (5) pages total, setting forth the status of any settlement discussions that have taken place; and it is further

**ORDERED** that a telephonic status conference for the purpose of scheduling a settlement conference or setting the schedule for discovery will take place on **July 2, 2009 at 9:30 a.m.** Plaintiffs are to set up the call.

/s/ Lois H. Goodman
**LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**