# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°

HARRY A. MARGOLIS
(1928-2002)

° MEMBER OF N.J. & N.Y. BARS

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

COUNSEL
HERBERT I. WALDMAN*□
WAYNE D. GREENSTONE°
LORI I. MAYER°
RANDEE M. MATLOFF
ELLIOTT LOUIS PELL°
ANDREW L. O'CONNOR

GREG M. KOHN°
MICHAEL R. FELDMAN
SUSAN H. BERLINER

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
□CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

August 21, 2009

Via ECF
Magistrate Judge Lois Goodman
United States District Court
Clarkson S. Fisher Federal Bldg. &
U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re: <u>Torres-Hernandez v. CVT Prepaid Solutions, Inc.</u>
Docket No. 3:08-cv-1057

Dear Judge Goodman:

In accordance with Your Honor's direction, on August 19, 2009, counsel conducted a meet and confer to discuss the outstanding discovery issues. Unfortunately, we were unable to resolve those discovery questions.

Accordingly, all counsel respectfully request that Your Honor adjourn the settlement conference, currently scheduled for August 28, 2009. Counsel for Plaintiffs wish to file a motion concerning discovery within the next two weeks.

Respectfully submitted,

NAGEL RICE, LLP

Elliott Louis Pell

ELP/hsw
Enclosure
cc: Eric Brunick, Esq.
   Steven L. Menaker, Esq.
   Douglas Ramsey, Esq.
   Barton O'Brien, Esq.
   James Cecchi, Esq.
   Lindsey H. Taylor, Esq.
   Paul Weiss, Esq.