**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

August 28, 2009

**<u>LETTER ORDER</u>**

Re: **TORRES-HERNANDEZ v. CVT PREPAID SOLUTIONS, INC. et al.**
    **Civil Action No. 08-1057 (FLW)**

Dear Counsel:

   Based on representations by counsel for Defendant CVT Prepaid Solutions, Inc., that CVT intends to file for Chapter 7 bankruptcy within approximately 30 days, and their request for a stay of discovery until that filing has been completed, and counsel for the remaining parties having indicated that they do not object, discovery in this matter is hereby stayed pending further order of the Court. Counsel for CVT is directed to provide the Court with a status report by no later than October 2, 2009.

   **IT IS SO ORDERED.**

                                             /s/ Lois H. Goodman
                                             LOIS H. GOODMAN
                                             United States Magistrate Judge