UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORLANDO S. RAMIREZ and ALBERTO TORRES-HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CVT PREPAID SOLUTIONS, INC., *et al.,*<br><br>    Defendants. | Civil Action #  08-1057-FLW-LHG |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY**

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court admitting Allan T. Slagel, Esq., Douglas M. Ramsey, Esq., and Barton J. O'Brien, Esq. *pro hac vice* was granted by the Honorable Lois H. Goodman, U.S.M.J. on July 2, 2009; and,

2. The Admission Fee, in the amount of $150.00 for each admitted attorney pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

              s/ Steven L. Menaker
              Steven L. Menaker

Dated:  September 9, 2009


PRO HAC VICE ATTORNEY INFORMATION

Name:  Allan T. Slagel, Esq.
Address: Shefsky & Froelich Ltd.
     111 E. Wacker Dr., Ste. 2800
     Chicago, IL 60601
Email:  aslagel@shefskylaw.com

| | |
|---|---|
| Name: | Douglas M. Ramsey, Esq. |
| Address: | Shefsky & Froelich Ltd. |
| | 111 E. Wacker Dr., Ste. 2800 |
| | Chicago, IL 60601 |
| Email: | dramsey@shefskylaw.com |

| | |
|---|---|
| Name: | Barton J. O'Brien, Esq. |
| Address: | Shefsky & Froelich Ltd. |
| | 111 E. Wacker Dr., Ste. 2800 |
| | Chicago, IL 60601 |
| Email: | bobrien@shefskylaw.com |