LAW OFFICES                                          CHASAN LEYNER & LAMPARELLO
                                                     A PROFESSIONAL CORPORATION

300 HARMON MEADOW BOULEVARD                          RALPH J. LAMPARELLO△*+◊
SECAUCUS, NEW JERSEY 07094-3621                      ROBERT A. KAYE△
TEL. (201) 348-6000                                  CINDY NAN VOGELMAN
FAX (201) 348-6633                                   JOHN V. MALLON◊*
WWW.CHASANLAW.COM                                    STEVEN L. MENAKER+*
                                                     THOMAS R. KOBIN△
COUNSEL                                              ROBERT A. CAPPUZZO△
JOEL A. LEYNER△*◊                                    JOHN L. SHAHDANIAN II△
ARTHUR N. D'ITALIA                                   ANTHONY V. D'ELIA
                                                     MITZY GALIS-MENENDEZ
OF COUNSEL                                           PATRICK J. ARRE*+◊
HERBERT KLITZNER                                     JOHN P. BEIRNE
JOSEPH M. ANDRESINI                                  MICHAEL D. WITT⊕
ROBERT M. CZECH
MICHAEL A. D'ANTON, PH.D.▽                           KIM R. ONSDORFF◊
                                                     JORDAN S. FRIEDMAN△
RAYMOND CHASAN                                       THOMAS A. MORRONE*
(1904-1988)                                          ANN M. MERRITT∩
                                                     PETER L. MacISAAC
                                                     NICOLE R. CASSATA
                                                     MICHAEL A. CASSATA
                                                     JOSEPH A. GARCIA△
                                                     MARK S. HANNA△
                                                     JOSE VILARIÑO
                                                     ROOSEVELT JEAN
                                                     KIRSTIN BOHN△
                                                     JOSEPH A. LAGANA
                                                     JOHN M. TUNTEVSKI△
                                                     RICHARD W. FOGARTY△
                                                     MARIA P. VALLEJO
                                                     RAYMOND J. SEIGLER
                                                     ROBERT E. FINN△
                                                     JOSEPH CATENARO

                                                     △ N.J. & N.Y. BARS
                                                     ◊ N.J. & PA. BARS
                                                     ▽ N.J. & D.C. BARS
                                                     ⊕ N.J., N.M. & KS. BARS
                                                     ∩ N.J. & FL. BARS

                                                     * CERTIFIED CIVIL TRIAL ATTORNEY
                                                     + CERTIFIED CRIMINAL TRIAL ATTORNEY
                                                     ◊ RULE 1:40 QUALIFIED MEDIATOR

October 2, 2009

By ECF

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Building
402 East State Street, Room 6052
Trenton, New Jersey 08608

Re:   Torres-Hernandez and Ramirez v. CVT Prepaid Solutions
      Docket No. 3:08-cv-1057-FLW-TJB
      File No. 13499-1837

Dear Judge Goodman:

Together with the law firm of Shefsky & Froelich Ltd., we represent the defendant CVT Prepaid Solutions, Inc. (CVT). During an August 28, 2009 status conference we advised the Court and counsel of CVT's intention to file a petition for voluntary bankruptcy under Chapter 7 of the United States Bankruptcy Code. In an Order memorializing that conference, the Court directed CVT to provide a status report which we now do.

I am informed by co-counsel Bart O'Brien, Esq. of Shefsy & Froelich that: CVT is working with separate bankruptcy counsel to prepare the necessary documents and schedules required to support the petition; filing of the bankruptcy petition is complicated and delayed by the recent decision to file separate Chapter 7 bankruptcies for two wholly-owned CVT subsidiaries; and, the filing of these bankruptcies will occur at the same time as CVT files its bankruptcy petition.

Under these circumstances, CVT requests that this Court continue to stay discovery pending further order of the Court and proposes providing the Court with a status report on or before November 2, 2009.

Honorable Lois H. Goodman, U.S.M.J.
October 2, 2009
Page 2

      We thank you for your consideration and await your advice.

      Respectfully yours,

      */s/ Steven Menaker*
      Steven Menaker
      For the Firm

SM:mr
c:    All counsel of record by ECF