LAW OFFICES

CHASAN LEYNER & LAMPARELLO

A PROFESSIONAL CORPORATION

300 HARMON MEADOW BOULEVARD
SECAUCUS, NEW JERSEY 07094-3621
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

COUNSEL
JOEL A. LEYNER△*◊
ARTHUR N. D'ITALIA

OF COUNSEL
HERBERT KLITZNER
ROBERT M. CZECH
MICHAEL A. D'ANTON, Ph.D.▽

———

RAYMOND CHASAN
(1904-1988)

RALPH J. LAMPARELLO△*+◊
ROBERT A. KAYE△
CINDY NAN VOGELMAN
JOHN V. MALLON◊*
STEVEN L. MENAKER+*
THOMAS R. KOBIN△
ROBERT A. CAPPUZZO△
JOHN L. SHAHDANIAN II△
ANTHONY V. D'ELIA
MITZY GALIS-MENENDEZ
PATRICK J. ARRE*+◊
JOHN P. BEIRNE
MICHAEL D. WITT®

———

KIM R. ONSDORFF◊
JORDAN S. FRIEDMAN△
THOMAS A. MORRONE*
ANN M. MERRITT∩
PETER L. MacISAAC
NICOLE R. CASSATA
MICHAEL A. CASSATA
JOSEPH A. GARCIA△
MARK S. HANNA△
JOSE VILARIÑO
ROOSEVELT JEAN
KIRSTIN BOHN△
JOSEPH A. LAGANA
JOHN M. TUNTEVSKI△
RICHARD W. FOGARTY△
MARIA P. VALLEJO
RAYMOND J. SEIGLER
ROBERT E. FINN△
JOSEPH CATENARO, JR.

△  N.J. & N.Y. BARS
◊  N.J. & PA. BARS
▽  N.J., N.Y. & D.C. BARS
®  N.J., N.M. & KS. BARS
∩  N.J. & FL. BARS

*  CERTIFIED CIVIL TRIAL ATTORNEY
+  CERTIFIED CRIMINAL TRIAL ATTORNEY
◊  RULE 1:40 QUALIFIED MEDIATOR

October 9, 2009

By ECF

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Building
402 East State Street, Room 6052
Trenton, New Jersey 08608

Re:    Torres-Hernandez and Ramirez v. CVT Prepaid Solutions
       Docket No. 3:08-cv-1057-FLW-TJB

       Charles Osuwah, *et al.* v. CVT Prepaid Solutions, Inc., *et al.*
       Docket No. 3:07-cv-04946

Dear Judge Goodman:

       Pursuant to your law clerk's request, we have contacted plaintiffs' counsel and they have consented to the postponement of discovery and to the defendants' further status report to the Court on November 2, 2009.

                          Respectfully,

                          */s/ Steven L. Menaker*

                          Steven L. Menaker
                          For the Firm

SLM/mr
c:     All counsel of record by ECF