LAW OFFICES     CHASAN LEYNER & LAMPARELLO
A PROFESSIONAL CORPORATION

300 HARMON MEADOW BOULEVARD
SECAUCUS, NEW JERSEY 07094-3621
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

COUNSEL
JOEL A. LEYNER^△•○
ARTHUR N. D'ITALIA

OF COUNSEL
HERBERT KLITZNER
JOSEPH M. ANDRESINI
ROBERT M. CZECH
MICHAEL A. D'ANTON, PH.D.^V

RAYMOND CHASAN
(1904-1988)

RALPH J. LAMPARELLO^△•+○
ROBERT A. KAYE^△
CINDY NAN VOGELMAN
JOHN V. MALLON^◊•
STEVEN L. MENAKER+•
THOMAS R. KOBIN^△
ROBERT A. CAPPUZZO^△
JOHN L. SHAHDANIAN II^△
ANTHONY V. D'ELIA
MITZY GALIS-MENENDEZ
PATRICK J. ARRE•+○
JOHN P. BEIRNE
MICHAEL D. WITT⊕

KIM R. ONSDORFF◊
JORDAN S. FRIEDMAN^△
THOMAS A. MORRONE•
ANN M. MERRITT^n
PETER L. MacISAAC
NICOLE R. CASSATA
MICHAEL A. CASSATA
JOSEPH A. GARCIA^△
MARK S. HANNA^△
JOSE VILARIÑO
ROOSEVELT JEAN
KIRSTIN BOHN^△
JOSEPH A. LAGANA
JOHN M. TUNTEVSKI^△
RICHARD W. FOGARTY^△
MARIA P. VALLEJO
RAYMOND J. SEIGLER
ROBERT E. FINN^△
JOSEPH CATENARO

△ N.J. & N.Y. BARS
◊ N.J. & PA. BARS
V N.J. & D.C. BARS
⊕ N.J., N.M. & KS. BARS
n N.J. & FL. BARS

• CERTIFIED CIVIL TRIAL ATTORNEY
+ CERTIFIED CRIMINAL TRIAL ATTORNEY
○ RULE 1:40 QUALIFIED MEDIATOR

*[Handwritten: Discovery is stayed until November 2, 2009]*

October 2, 2009

*[Handwritten: So Ordered this 9th day of October, 2009]*

By ECF

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Building
402 East State Street, Room 6052
Trenton, New Jersey 08608

Re:    Torres-Hernandez and Ramirez v. CVT Prepaid Solutions
      Docket No. 3:08-cv-1057-FLW-TJB
      File No. 13499-1837

Dear Judge Goodman:

      Together with the law firm of Shefsky & Froelich Ltd., we represent the defendant CVT Prepaid Solutions, Inc. (CVT). During an August 28, 2009 status conference we advised the Court and counsel of CVT's intention to file a petition for voluntary bankruptcy under Chapter 7 of the United States Bankruptcy Code. In an Order memorializing that conference, the Court directed CVT to provide a status report which we now do.

      I am informed by co-counsel Bart O'Brien, Esq. of Shefsy & Froelich that: CVT is working with separate bankruptcy counsel to prepare the necessary documents and schedules required to support the petition; filing of the bankruptcy petition is complicated and delayed by the recent decision to file separate Chapter 7 bankruptcies for two wholly-owned CVT subsidiaries; and, the filing of these bankruptcies will occur at the same time as CVT files its bankruptcy petition.

      Under these circumstances, CVT requests that this Court continue to stay discovery pending further order of the Court and proposes providing the Court with a status report on or before November 2, 2009.

Honorable Lois H. Goodman, U.S.M.J.
October 2, 2009
Page 2

We thank you for your consideration and await your advice.

Respectfully yours,

*/s/ Steven Menaker*
Steven Menaker
For the Firm

SM:mr
c:   All counsel of record by ECF