UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| TORRES-HERNANDEZ, et al. | : | Civil No. 08-1057 (FLW) |
| | : | |
| Plaintiffs, | : | |
| v. | : | ORDER |
| | : | |
| CVT PREPAID SOLUTIONS, INC., | : | |
| | : | |
| Defendants. | : | |

This matter having been opened to the Court sua sponte; it appearing that on October 30, 2009, Defendant CVT Prepaid Solutions, Inc. ("CVT") sent a letter to the Court indicating that it filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 26, 2009 in the United States Bankruptcy Court for the District of Delaware; it appearing that pursuant to 11 U.S.C. § 362(a)(1), the filing of bankruptcy entitled Defendant to an automatic stay, which statute prohibits the "continuation . . . of a judicial . . . proceeding against the debtor;" accordingly, for good cause shown,

**IT IS** on this **2nd** day of **November 2009**,

**ORDERED** that this matter is administratively terminated pursuant to the issuance of an automatic stay in the Bankruptcy Court; and it is further

**ORDERED** that in the event Plaintiffs are successful in seeking relief from the automatic stay in the Bankruptcy Court, Plaintiffs may petition this Court to reopen the case.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.